HOBART S. BIRD, Appellant, *v.* PRESS PUBLISHING COMPANY, Respondent.

*Bird* v. *Press Publishing Co.*, 154 App. Div. 491, affirmed.
(Argued February 5, 1915; decided February 25, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action for libel.

*Gilbert E. Roe* for appellant.

*Howard Taylor* and *Charles B. Brophy* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Dissenting: SEABURY, J.